**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 15-cr-00283-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. NICHOLAS EDWARD WALKER,

      Defendant.

## ORDER REASSIGNING CASE

**Blackburn, J.**

      This matter is before me *sua sponte*. Having consulted with the Honorable Marcia S. Krieger, Chief Judge for the United States District Court for the District of Colorado, and with her approbation, I conclude that a reassignment of this case to Chief Judge Krieger is in the best interests of justice.

      **THEREFORE, IT IS ORDERED** that pursuant to D.C.COLO.LCrR 50.1(a) and (c)(2), this criminal case is reassigned to the Honorable Marcia S. Krieger, Chief Judge of the United States District Court for the District of Colorado.

      Dated August 12, 2015, at Denver, Colorado.

      **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge