IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Marcia S. Krieger**

Criminal Action No.: 15-cr-00283-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**NICHOLAS EDWARD WALKER**,

    Defendant.

## ORDER FOR PSYCHIATRIC/PSYCHOLOGICAL EXAMINATION

THIS MATTER is before the Court pursuant to the Court's colloquy with the parties at the February 9, 2016 Sentencing Hearing.  The Government appeared by Jason St. Julien and the defendant, Nicholas Edward Walker, appeared in person and with counsel, Boston H. Stanton, Jr.

After careful consideration of the parties' statements during the Sentencing Hearing and there being no objection, the Court finds that pursuant to 18 U.S.C. § 3552(c), there is reasonable cause to believe that a psychiatric and/or psychological examination and report is necessary to determine:  (1) the defendant's mental condition in order to determine the appropriate treatment he is to receive during and after confinement; and, (2) the facility in which he shall receive such treatment during confinement.  Therefore, it is

ORDERED that pursuant to 18 U.S.C. §§ 3552(c) and 4244(b), Dr. Scott Humphreys shall conduct a psychiatric and/or psychological examination on the defendant, Nicholas Edward Walker.  It is

FURTHER ORDERED that pursuant to 18 U.S.C. §§ 4247(b) and (c), Dr. Humphreys shall prepare a report of such examination and disclose the report to the parties and the Court within 45 days of the issuance of this Order.  It is

FURTHER ORDERED that the Government **SHALL TENDER** a copy of this Order to Dr. Humphreys within two days of its issuance.  It is

FURTHER ORDERED that the Sentencing Hearing is **CONTINUED** until further order of the Court.

DATED this 17th day of February, 2016.

**BY THE COURT:**

_____
Marcia S. Krieger
United States District Court